UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWARD VINCENT JENNINGS, JR., <br><br> Plaintiff, <br><br> v. <br><br> JENNIFER TYNE, <br><br> Defendant. | Civil Action No. 22-30072-MGM |

**ORDER**

October 11, 2022

MASTROIANNI, U.S.D.J.

On June 2, 2022, *pro se* litigant Edward Vincent Jennings, Jr. ("Jennings") filed a civil complaint without paying the $402 filing fee or filing a motion for leave to proceed without prepayment of the fee (often referred to as a motion for leave to proceed *in forma pauperis*). On June 27, 2022, Magistrate Judge Katherine Robertson ordered Jennings to pay the fee or file a motion for leave to proceed *in forma pauperis*. Judge Robertson stated that failure to comply with this order within twenty-one (21) days could result in dismissal of the action.

The deadline for complying with the June 27, 2022 order has passed without any response from Jennings. Accordingly, the Court orders that this action be DISMISSED without prejudice for failure to pay the filing fee.

It is So Ordered.

/s/ Mark G. Mastroianni
MARK G. MASTROIANNI
United States District Judge